## WESTERN SILO CO. v. KELLEY.

No. 7271—Opinion Filed July 25, 1916.

(159 Pac. 246.)

**Appeal and Error—Briefs—Reversal.**

Where plaintiff in error has completed its record and filed its appeal in this court and has served and filed a brief in compliance with the rules of this court, and defendant in error has neither filed a brief nor offered any excuse for his failure to do so, this court is not required to search the record to find some theory upon which the judgment may be affirmed, and where the brief filed by plaintiff in error appears reasonably to sustain the assignments of error, the court may reverse the judgment.

(Syllabus by Rummons, C.)

Error from Superior Court, Muskogee County; H. C. Thurman, Judge.

Action by the Western Silo Company, a corporation, against J. E. Kelley. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

Leopold & Cochran, for plaintiff in error.

Crump, Bailey & Crump, for defendant in error.

Opinion by RUMMONS, C. The plaintiff in error in this case duly perfected its appeal by filing its petition in error with case-made thereto attached, in this court, on April 1, 1915, and thereafter, on April 5, 1916, in accordance with the rules of this court, duly filed and served its brief. Defendant in error, however, has served and filed no brief, and has neither requested additional time to file brief nor offered any excuse for his failure to file a brief. The record and the brief of plaintiff in error reasonably sustain the assignments of error made by plaintiff in error. In this state of the case it is not incumbent upon us to search the record for grounds

upon which to affirm the judgment, but we may, under the rules of this court, reverse the judgment of the court below and remand the cause.

The judgment of the trial court should therefore be reversed, and this cause remanded for a new trial.

By the Court: It is so ordered.